Thomas J. Karem, Esq.
**Karem Law Firm, P.C.**
1902 W. Dickerson St., Ste. 103
P.O. Box 682
Bozeman, MT 59771-0682
thomas@karemlaw.com
(406) 586-1986 fax 624-6891

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| TAMMY FRIEDLUND, | ) | Cause No. CV 19-51-BU-SEH |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL OF** |
| | ) | **COMPLAINT AGAINST** |
| vs. | ) | **MOUNTAIN WEST FARM** |
| | ) | **BUREAU** |
| MOUNTAIN WEST FARM BUREAU | ) | |
| MUTUAL INSURANCE CO., a | ) | |
| foreign corp., CUNNINGHAM | ) | |
| LINDSEY US, INC., a foreign corp., | ) | |
| ABC Corps., ABC LLCs, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

COMES NOW, Plaintiff, by and through counsel, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., on notice that Plaintiff voluntarily dismisses the Complaint and Jury Demand against Mountain West Farm Bureau Mutual Insurance Company

(MWFB).  Plaintiff and MWFB have settled all claims.

A plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Fed.R.Civ.P. 41(a)(1)(i).  MWFB has not answered nor otherwise appeared.

**WHEREFORE**, Plaintiff hereby dismisses the Complaint and Jury Demand against Mountain West Farm Bureau Mutual Insurance Company with prejudice.

DATED this ___ day of November, 2019.

/s/ Thomas Karem
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document and any attachments were duly served by ECF as follows:

Daniela E. Pavuk
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
dpavuk@crowleyfleck.com

Dated this ___ day of November, 2019.

/s/ Thomas Karem

cc:   Scott Mitchell