Thomas J. Karem, Esq.
**Karem Law Firm, P.C.**
1902 W. Dickerson St., Ste. 103
P.O. Box 682
Bozeman, MT 59771-0682
thomas@karemlaw.com
(406) 586-1986 fax 624-6891

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| TAMMY FRIEDLUND, | ) | Cause No. CV 19-51-BU-SEH |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL OF** |
| | ) | **COMPLAINT** |
| vs. | ) | |
| | ) | |
| MOUNTAIN WEST FARM BUREAU | ) | |
| MUTUAL INSURANCE CO., a | ) | |
| foreign corp., CUNNINGHAM | ) | |
| LINDSEY US, INC., a foreign corp., | ) | |
| ABC Corps., ABC LLCs, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

COMES NOW, Plaintiff and the defendant, Cunningham Lindsey US., Inc. (Cunningham Lindsey), by and through counsel, pursuant to Rule 41(a)(1)(i) and (ii), Fed.R.Civ.P., on stipulated notice that the Complaint and Jury Demand against

Cunningham Lindsey is dismissed with prejudice.  Plaintiff and Cunningham Lindsey have settled all claims.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  Fed.R.Civ.P. 41(a)(1)(ii).  Cunningham Lindsey has appeared and stipulated to this notice.  All other defendants have not appeared.  There are no cross-claims or counterclaims.

On November 21, 2019, Plaintiff filed the Amended Notice of Dismissal of Complaint Against Mountain West Farm Bureau (Doc. 9).

The Order (Doc. 6) setting the preliminary pretrial conference for January 30, 2019, and other deadlines should be vacated.

**WHEREFORE**, Plaintiff hereby dismisses the Complaint and Jury Demand against Cunningham Lindsey US., Inc., and remaining defendants with prejudice.

DATED this 10th day of January, 2020.

/s/ Thomas Karem
Attorney for Plaintiff

/s/ Daniela E. Pavuk
Attorney for Cunningham Lindsey

### CERTIFICATE OF SERVICE
The undersigned hereby certifies that the foregoing document and any attachments were duly served by ECF as follows:

Daniela E. Pavuk
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
dpavuk@crowleyfleck.com

Dated this 10th day of January, 2020.

/s/ Thomas Karem

cc:   Scott Mitchell